IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WELSPUN TUBULAR LLC, WELSPUN
PIPES, INC., and WELSPUN GLOBAL
TRADE LLC**                                                                   **PLAINTIFFS**

V.                                     NO. 4:22-cv-00718-JM

**PHENIX ENERGY GROUP
INCORPORATED and GERALD
LEROUX**                                                                           **DEFENDANTS**

## JUDGMENT

Judgment is entered in favor of Plaintiffs and against Defendants, Phenix Energy Group Incorporated and Gerald Leroux in the amount of $368,520.73 (the principal sum of $250,000.00 plus prejudgment interest in the amount of $118,520.73), post-judgment interest through the date the judgment is paid in the amount of 4.74% per annum, and attorney's fees and costs in the amount of $9,352.50.

IT IS SO ORDERED this 14th day of November, 2022.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE